UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWINA THERESA SELLERS,

    Plaintiff,

v.

DIRECT RECOVERY SERVICES, LLC,

    Defendant.

_____/

Case No. 18-cv-11955

UNITED STATES DISTRICT COURT
JUDGE
GERSHWIN A. DRAIN

**JUDGMENT**

In accordance with the Opinion and Order entered on today's date,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff and against Defendant.

Dated at Detroit, Michigan, this 2nd, day of October 2018.

                                    DAVID J. WEAVER
                                    CLERK OF THE COURT

Dated: October 2, 2018             By: s/Teresa McGovern
                                              Deputy Clerk

APPROVED BY:

s/Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE