UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWINA THERESA SELLERS,

    Plaintiff,

v.

DIRECT RECOVERY SERVICES, LLC,

    Defendant.
                                  /

No. 18-11955

District Judge Gershwin A. Drain
Magistrate Judge R. Steven Whalen

**ORDER**

Plaintiff's motion to quash service as to Wells Fargo Bank, N.A.. [Doc. #19] is GRANTED, without prejudice to Plaintiff re-serving the writ of garnishment entered on February 27, 2019 [Doc. #17].

IT IS SO ORDERED.


Dated: May 15, 2019

                                            s/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE


**CERTIFICATE OF SERVICE**

I hereby certify on May 15, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on May 15, 2019.

                                            s/Carolyn M. Ciesla
                                            Case Manager for the
                                            Honorable R. Steven Whalen