# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| EDWINA THERESA SELLERS, <br><br> Plaintiff, <br><br> v. <br><br> DIRECT RECOVERY SERVICES, LLC, <br><br> Defendant. | Case No.: 2:18-cv-11955-GAD-RSW <br><br><br> Hon. Judge Gershwin A. Drain <br><br><br> Hon. Magistrate Judge R. Steven Whalen |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW THE NON-PERIODIC WRIT OF GARNISHMENT ISSUED AS TO DIRECT RECOVERY SERVICES, LLC AND GARNISHEE WELLS FARGO BANK, N.A.

This matter, having come before the Court on Plaintiff's Unopposed Motion to Withdraw the Non-Periodic Writ of Garnishment issued as to Direct Recovery Services, LLC and garnishee Wells Fargo Bank, N.A. and the lack of opposition thereto, and the Court having considered the matter, it is hereby ORDERED:

1. Plaintiff's Unopposed Motion to Withdraw the Non-Periodic Writ of Garnishment issued as to Direct Recovery Services, LLC and garnishee Wells Fargo Bank, N.A., is hereby GRANTED in its entirety.

2. The Non-Periodic Writ of Garnishment issued as to Direct Recovery Services, LLC and garnishee Wells Fargo Bank, N.A. issued by the Court on May 20, 2019, is hereby withdrawn and no longer in effect.

IT IS SO ORDERED:

Dated: June 13, 2019

            s/Gershwin A. Drain
            HON. GERSHWIN A. DRAIN
            United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 13, 2019, by electronic and/or ordinary mail.

            s/Teresa McGovern
            Case Manager

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181 x113 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

On June 13, 2019, the undersigned caused the above to be served via certified mail and electronic mail upon:

Direct Recovery Services, LLC
c/o Elle Gusman
629 7th Ave., Ste. 1
Two Harbors, MN 55616
egusman@directrecovery.org

Wells Fargo Bank, N.A.
101 N. Phillips Ave.
Sioux Falls, SD 57104

*s/Nathan C. Volheim*
Nathan C. Volheim
Counsel for Plaintiff